UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC,<br><br>Defendant. | No. 1:21-cv-00388-JLT-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 47) |

On October 10, 2023, the parties filed a joint stipulation (filed as a "Joint Notice of Dismissal") dismissing the action with prejudice. (Doc. 47.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 11, 2023**__          /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE